United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 6, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-30725

UNITED STATES OF AMERICA, for the Use and Benefit of BOES IRON
WORKS, INC.

Plaintiff - Appellee

v.

PETE VICARI GENERAL CONTRACTOR INC; MID-CONTINENT CASUALTY CO

Defendants - Appellants

---------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:00-CV-1292
---------------------

Before KING, Chief Judge, and DAVIS, Circuit Judge, and
ROSENTHAL,[*] District Judge.

PER CURIAM:[**]

The judgment of the district court is affirmed for

essentially the reasons set out in the Oral Reasons for Judgment

filed April 26, 2004.

AFFIRMED.

---

[*]    District Judge of the Southern District of Texas,
sitting by designation.

[**]    Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.